**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Murdock, Mark J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Murdock, Michelle H. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Murdock Farms | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7386 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7782 |
| Street Address of Debtor (No. and Street, City,  and State)<br>1401 N. 1900 E.<br>Terreton, ID          ZIPCODE 83450 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1401 N. 1900 E.<br>Terreton, ID          ZIPCODE 83450 |
| County of Residence or of the Principal Place of Business:<br>Jefferson | County of Residence or of the Principal Place of Business:<br>Jefferson |
| Mailing Address of Debtor (if different from street address):<br>          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>          ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of  Business**
(Check one  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   Farming

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [x] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mark J. Murdock & Michelle H. Murdock |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |
|---|

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |
|---|

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) |
| ☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Mark J. Murdock & Michelle H. Murdock |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Mark J. Murdock
_____
Signature of Debtor

**X** /s/ Michelle H. Murdock
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

May 9, 2011
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Aaron J. Tolson
_____
Signature of Attorney for Debtor(s)

AARON J. TOLSON 6558
_____
Printed Name of Attorney for Debtor(s)

Aaron J. Tolson Law Offices
_____
Firm Name

2677 E. 17th Street Suite 300
_____
Address

Ammon, ID. 83406
_____

208-228-5221
_____
Telephone Number

May 9, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**District of Idaho**

In re _Mark J. Murdock & Michelle H. Murdock_____    Case No._____
　　　　　　　Debtor(s)    　　　　　　　　(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                                                Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

    ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Mark J. Murdock_____

                               MARK J. MURDOCK

Date:  ____May 9, 2011_____

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**District of Idaho**

In re __Mark J. Murdock & Michelle H. Murdock__     Case No._____
               Debtor(s)     (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                                                          Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____   /s/ Michelle H. Murdock_____
                                                  MICHELLE H. MURDOCK

                      Date: ____May 9, 2011_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re  <u>Mark J. Murdock & Michelle H. Murdock</u>            Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence<br><br>1401 N. 1900 E.<br>Terreton, ID  83450 | JTWROS | J | 148,000.00 | Exceeds Value |
| Butte (Clyde)<br>Old Butte Highway | | J | 47,250.00 | None |
| Farm Ground - Next to residence<br>154.22 Acres | JTWROS | J | 434,000.00 | None |
| | | Total ➤ | 629,250.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re  Mark J. Murdock & Michelle H. Murdock _____  Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Beehive Checking/Savings Account | C | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Couches (2) Residence | J | 300.00 |
| | | Love Seats (2) Residence | J | 200.00 |
| | | Recliners (2) Residence | J | 60.00 |
| | | Rocking Chair Residence | J | 50.00 |
| | | End Tables (2) Residence | J | 20.00 |
| | | Floor Lamps (2) Residence | J | 40.00 |
| | | Entertainment Centers (2) Residence | J | 100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

In re   Mark J. Murdock & Michelle H. Murdock     Case No.
_____     _____
       **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | TV Stands (2)<br>Residence | J | 40.00 |
| | | Television (7)<br>Residence | J | 300.00 |
| | | DVD/VCR Combo<br>Residence | J | 40.00 |
| | | Aquarium<br>Residence | J | 5.00 |
| | | Vacuums (2)<br>Residence | J | 40.00 |
| | | Bookshelves (2)<br>Residence | J | 40.00 |
| | | Stereo<br>Residence | J | 15.00 |
| | | Card Table/Chairs<br>Residence | J | 15.00 |
| | | Wall Hangings<br>Residence | J | 100.00 |
| | | Knick Knacks<br>Residence | J | 30.00 |
| | | Telephones (3)<br>Residence | J | 25.00 |
| | | Gun Cabinet<br>Residence | J | 75.00 |

In re   Mark J. Murdock & Michelle H. Murdock                    Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Mirrors (2)<br>Residence | J | 40.00 |
| | | Shelves (3)<br>Residence | J | 60.00 |
| | | Plant Stand<br>Residence | J | 5.00 |
| | | Refrigerator<br>Residence | J | 150.00 |
| | | Stove<br>Residence | J | 100.00 |
| | | Dishwasher<br>Residence | J | 75.00 |
| | | Freezers (3)<br>Residence | J | 300.00 |
| | | Microwave<br>Residence | J | 50.00 |
| | | Pots and Pans<br>Residence | J | 30.00 |
| | | Dishes<br>Residence | J | 20.00 |
| | | Appliances<br>Residence | J | 20.00 |
| | | Silverware<br>Residence | J | 10.00 |

In re   Mark J. Murdock & Michelle H. Murdock                            Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Utensils Residence | J | 10.00 |
| | | China Residence | J | 20.00 |
| | | Bosch Mixer Residence | J | 50.00 |
| | | Clock/Radio Residence | J | 5.00 |
| | | Cuckoo Clock Residence | J | 20.00 |
| | | Table & Chairs Residence | J | 200.00 |
| | | Beds (2) Residence | J | 250.00 |
| | | Dressers (6) Residence | J | 180.00 |
| | | Chest of Drawers Residence | J | 50.00 |
| | | Hope Chest Residence | J | 50.00 |
| | | Lamps (6) Residence | J | 55.00 |
| | | Nightstand Residence | J | 20.00 |

In re   Mark J. Murdock & Michelle H. Murdock       Case No. _____
           **Debtor**                                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Television<br>Residence | J | 20.00 |
| | | Alarm Clocks (5)<br>Residence | J | 25.00 |
| | | Bunk Bed<br>Residence | J | 50.00 |
| | | High Chair<br>Residence | J | 15.00 |
| | | Toys<br>Residence | J | 30.00 |
| | | Daybed<br>Residence | J | 40.00 |
| | | Chairs (2)<br>Residence | J | 40.00 |
| | | Filing Cabinets (2)<br>Residence | J | 40.00 |
| | | Desk<br>Residence | J | 75.00 |
| | | Computer<br>Residence | J | 100.00 |
| | | Printer<br>Residence | J | 30.00 |
| | | Fax Machine<br>Residence | J | 20.00 |

**B6B (Official Form 6B) (12/07) - Cont.**

In re    Mark J. Murdock & Michelle H. Murdock    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Scanner<br>Residence | J | 30.00 |
| | | Office Chairs (2)<br>Residence | J | 40.00 |
| | | Bookcases (3)<br>Residence | J | 60.00 |
| | | Typewriter<br>Residence | J | 10.00 |
| | | Washer<br>Residence | J | 50.00 |
| | | Dryer<br>Residence | J | 50.00 |
| | | Ironing Board<br>Residence | J | 5.00 |
| | | Iron<br>Residence | J | 10.00 |
| | | Clothes Rack<br>Residence | J | 8.00 |
| | | Misc. Books<br>Residence | J | 50.00 |
| | | Doll<br>Residence | J | 10.00 |
| | | Camcorder<br>Residence | J | 50.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6B (Official Form 6B) (12/07) - Cont.

In re   Mark J. Murdock & Michelle H. Murdock          Case No.  _____
                    **Debtor**                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 35mm Camera<br>Residence | J | 40.00 |
| | | Digital Camera<br>Residence | J | 50.00 |
| | | Piano<br>Residence | J | 300.00 |
| | | Violin<br>Residence | J | 100.00 |
| | | Trumpet<br>Residence | J | 50.00 |
| | | Sewing Machine<br>Residence | J | 50.00 |
| | | Treadmill<br>Residence | J | 50.00 |
| | | Bedding/Linens<br>Residence | J | 40.00 |
| | | Towels<br>Residence | J | 20.00 |
| | | Suitcases (5)<br>Residence | J | 50.00 |
| | | Holiday Decor<br>Residence | J | 20.00 |
| | | Cell Phones (4)<br>Residence | J | 200.00 |

In re  Mark J. Murdock & Michelle H. Murdock                    Case No. _____
_____                                              _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Satellite Dish<br>Residence | J | 30.00 |
| | | Space Heater<br>Residence | J | 5.00 |
| | | Fans (2)<br>Residence | J | 10.00 |
| | | Inflatable Mattresses (3)<br>Residence | J | 30.00 |
| | | Sleeping Bags (6)<br>Residence | J | 60.00 |
| | | Tent<br>Residence | J | 20.00 |
| | | Folding Chairs (15)<br>Residence | J | 6.00 |
| | | Fishing Pole<br>Residence | J | 10.00 |
| | | Tackle Box<br>Residence | J | 5.00 |
| | | Golf Clubs<br>Residence | J | 40.00 |
| | | Roller Blades<br>Residence | J | 15.00 |
| | | Pool Table<br>Residence | J | 100.00 |

In re   Mark J. Murdock & Michelle H. Murdock
_____
                    **Debtor**

Case No. _____
                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Swing Set<br>Residence | J | 60.00 |
| | | Basketball Stand<br>Residence | J | 50.00 |
| | | Cat Kennels (2)<br>Residence | J | 20.00 |
| | | Riding Mowers (2)<br>Residence | J | 200.00 |
| | | Outdoor Table & Chairs<br>Residence | J | 150.00 |
| | | Barbeque Grill<br>Residence | J | 60.00 |
| | | Weed Eater<br>Residence | J | 15.00 |
| | | Pool<br>Residence | J | 50.00 |
| | | Wheelbarrows (4)<br>Residence | J | 80.00 |
| | | Chainsaw<br>Residence | J | 30.00 |
| | | Generator<br>Residence | J | 40.00 |
| | | Propane Tanks (4)<br>Residence | J | 40.00 |

In re  Mark J. Murdock & Michelle H. Murdock _____    Case No. _____
     **Debtor**    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Work Bench<br>Residence | J | 50.00 |
| | | Air Pump<br>Residence | J | 25.00 |
| | | Table Saw<br>Residence | J | 30.00 |
| | | Compressor<br>Residence | J | 40.00 |
| | | Sander<br>Residence | J | 10.00 |
| | | Camper Shells (2)<br>Residence | J | 60.00 |
| | | Clarinet<br>Owned by daughter | C | 50.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Mens Clothing<br>Residence | J | 100.00 |
| | | Womens Clothing<br>Residence | J | 100.00 |
| | | Childrens Clothing<br>Residence | J | 200.00 |
| | | Fur Coat (Rabbit)<br>Residence | J | 100.00 |

B6B (Official Form 6B - Cont.)

In re  Mark J. Murdock & Michelle H. Murdock    Case No. _____
              **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Pearl Necklaces<br>Residence | J | 40.00 |
| 7.   Furs and jewelry. | | Wedding Ring<br>Residence | J | 200.00 |
| | | Wedding Band<br>Residence | J | 100.00 |
| | | Watches (2)<br>Residence | J | 20.00 |
| | | Jewlery Cabinet<br>Residence | J | 10.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Persi Account | J | 76,348.15 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts Receivable | J | 5,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

In re  Mark J. Murdock & Michelle H. Murdock _____    Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | 1992 Honda Accord (242,000 miles)<br>1994 Cadillac Deville (252,000 miles) | J<br>J | 1,500.00<br>1,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Dilveraod Quad Cab<br>1995 Ford Ranger (180,000 miles)<br>1994 GMC Pickup (126,000 miles)<br>1989 Cadillac (350,000 miles)<br>1995 Mazda Protege (258,000 miles)<br>Camper | J<br>J<br>J<br>J<br>J<br>J | 2,500.00<br>200.00<br>500.00<br>500.00<br>2,000.00<br>600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1974 Tractor MF 1150<br>A-Frame Bale Loader (1985)<br>1983 Case tractor 4690<br>1985 Case Tractor 4490<br>1978 Case Tractor 2470 | J<br>J<br>J<br>J<br>J | 3,500.00<br>1,500.00<br>8,500.00<br>2,500.00<br>4,500.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

In re  Mark J. Murdock & Michelle H. Murdock _____    Case No. _____
_____Debtor_____                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1977 Case Tractor 1070 | J | 4,500.00 |
| | | 1983 NH Swather 1112 (2) | J | 6,500.00 |
| | | 1985 International Swather | J | 4,500.00 |
| | | 1994 Case/International Ton Baler | J | 28,000.00 |
| | | 1985 Harrows | J | 1,500.00 |
| | | 1980 NH Small Baler | J | 1,500.00 |
| | | 1993 Veemeer Twin Rake E-40 | J | 5,500.00 |
| | | 1974 Massey Ferguson Disk 18 Foot | J | 1,500.00 |
| | | 2004 Ton Bale Fork (2) | J | 2,000.00 |
| | | 1984 Case Disk 18 Foot | J | 4,500.00 |
| | | 1980 JD Disk 14 Foot | J | 3,500.00 |
| | | 1980 Yellow Disk 14 Foot | J | 2,500.00 |
| | | 1990 Loader/Eeze-On | J | 5,500.00 |
| | | 1989 Westendorf Loader | J | 3,500.00 |
| | | 1994 JD-910 Ripper | J | 8,500.00 |
| | | 1975 Massey Ferguson Post Hole Auger | J | 550.00 |
| | | 1974 750 Combine/Headers (2) | J | 5,000.00 |
| | | 1989 Hesston Grain Header/Swather | J | 2,500.00 |
| | | 1986 Grain Auger | J | 500.00 |
| | | 1985 International Manure Spreaders (2) | J | 1,200.00 |
| | | 1975 Farm Hand Manure Spreader | J | 800.00 |
| | | 1975 White 18 Foot Gooseneck Horse Trailer | J | 1,500.00 |
| | | 1978 Clark 55 Michigan Loader | J | 10,000.00 |
| | | 1983 International Single-Axle Truck | J | 5,500.00 |
| | | 1964 30 Foot Semi-Trailer WT | J | 2,000.00 |
| | | 1978 40 Foot Semi-trailer BIT | J | 2,500.00 |
| | | 1987 45 Foot Semi-trailer BT | J | 5,500.00 |
| | | 1970 Ames Semi-Trailer Cattle | J | 2,000.00 |
| | | 1978 Merti Semi Trailer Alum/Cattle | J | 8,500.00 |
| | | Semi Trailer Grain Trailer | J | 2,500.00 |
| | | 1987 Pivot Gifford Hill | J | 9,500.00 |
| | | 1997 40 Hp Pump/Panel | J | 5,500.00 |
| | | 1975 Powder River Cattle Schute | J | 500.00 |
| | | 1987 18 Foot Roller Packer | J | 2,500.00 |
| | | 1987 14 Foot Roller Packer | J | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Bulls (3) | J | 5,400.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Mark J. Murdock & Michelle H. Murdock
_____
        **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Heifer Cattle (8) | J | 6,400.00 |
| | | Cows (30) | J | 48,000.00 |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

0  continuation sheets attached    Total    $    331,852.15

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6C (Official Form 6C) (04/10)**

In re   Mark J. Murdock & Michelle H. Murdock                    Case No. _____
_____
              **Debtor**                                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                          ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                                $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single Family Residence | (Husb)IC § 55-1003 | 98,541.39 | 148,000.00 |
| Couches (2) | (Husb)IC §11-605(1) | 300.00 | 300.00 |
| Love Seats (2) | (Husb)IC §11-605(1) | 200.00 | 200.00 |
| Recliners (2) | (Husb)IC §11-605(1) | 60.00 | 60.00 |
| Rocking Chair | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| End Tables (2) | (Wife)IC §11-605(1) | 20.00 | 20.00 |
| Floor Lamps (2) | (Wife)IC §11-605(1) | 40.00 | 40.00 |
| Entertainment Centers (2) | (Husb)IC §11-605(1) | 100.00 | 100.00 |
| TV Stands (2) | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Television (7) | (Husb)IC §11-605(1) | 300.00 | 300.00 |
| DVD/VCR Combo | (Wife)IC §11-605(1) | 40.00 | 40.00 |
| Aquarium | (Wife)IC §11-605(1) | 5.00 | 5.00 |
| Vacuums (2) | (Wife)IC §11-605(1) | 40.00 | 40.00 |
| Bookshelves (2) | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Stereo | (Husb)IC §11-605(1) | 15.00 | 15.00 |
| Card Table/Chairs | (Husb)IC §11-605(1) | 15.00 | 15.00 |
| Wall Hangings | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Knick Knacks | (Wife)IC §11-605(1) | 30.00 | 30.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6C (Official Form 6C) (04/10) -- Cont.**

In re  Mark J. Murdock & Michelle H. Murdock                    Case No. _____
_____
           **Debtor**                                                             **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Telephones (3) | (Wife)IC §11-605(1) | 25.00 | 25.00 |
| Gun Cabinet | (Husb)IC §11-605(1) | 75.00 | 75.00 |
| Mirrors (2) | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Shelves (3) | (Husb)IC §11-605(1) | 60.00 | 60.00 |
| Plant Stand | (Wife)IC §11-605(1) | 5.00 | 5.00 |
| Refrigerator | (Wife)IC §11-605(1) | 150.00 | 150.00 |
| Stove | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Dishwasher | (Husb)IC §11-605(1) | 75.00 | 75.00 |
| Freezers (3) | (Husb)IC §11-605(1) | 300.00 | 300.00 |
| Microwave | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Pots and Pans | (Wife)IC §11-605(1) | 30.00 | 30.00 |
| Dishes | (Wife)IC §11-605(1) | 20.00 | 20.00 |
| Appliances | (Wife)IC §11-605(1) | 20.00 | 20.00 |
| Silverware | (Husb)IC §11-605(1) | 10.00 | 10.00 |
| Utensils | (Husb)IC §11-605(1) | 10.00 | 10.00 |
| China | (Husb)IC §11-605(1) | 20.00 | 20.00 |
| Bosch Mixer | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Clock/Radio | (Wife)IC §11-605(1) | 5.00 | 5.00 |
| Cuckoo Clock | (Wife)IC §11-605(1) | 20.00 | 20.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6C (Official Form 6C) (04/10) -- Cont.**

In re   Mark J. Murdock & Michelle H. Murdock      Case No. _____

            **Debtor**                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Table & Chairs | (Husb)IC §11-605(1) | 200.00 | 200.00 |
| Beds (2) | (Husb)IC §11-605(1) | 250.00 | 250.00 |
| Dressers (6) | (Husb)IC §11-605(1) | 180.00 | 180.00 |
| Chest of Drawers | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Hope Chest | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Lamps (6) | (Wife)IC §11-605(1) | 55.00 | 55.00 |
| Nightstand | (Husb)IC §11-605(1) | 20.00 | 20.00 |
| Television | (Husb)IC §11-605(1) | 20.00 | 20.00 |
| Alarm Clocks (5) | (Husb)IC §11-605(1) | 25.00 | 25.00 |
| Bunk Bed | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| High Chair | (Wife)IC §11-605(1) | 15.00 | 15.00 |
| Toys | (Wife)IC §11-605(1) | 30.00 | 30.00 |
| Daybed | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Chairs (2) | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Filing Cabinets (2) | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Desk | (Wife)IC §11-605(1) | 75.00 | 75.00 |
| Computer | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Printer | (Wife)IC §11-605(1) | 30.00 | 30.00 |
| Fax Machine | (Husb)IC §11-605(1) | 20.00 | 20.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6C (Official Form 6C) (04/10) -- Cont.**

In re   Mark J. Murdock & Michelle H. Murdock                          Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Scanner | (Husb)IC §11-605(1) | 30.00 | 30.00 |
| Office Chairs (2) | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Bookcases (3) | (Wife)IC §11-605(1) | 60.00 | 60.00 |
| Typewriter | (Wife)IC §11-605(1) | 10.00 | 10.00 |
| Washer | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Dryer | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Ironing Board | (Husb)IC §11-605(1) | 5.00 | 5.00 |
| Iron | (Wife)IC §11-605(1) | 10.00 | 10.00 |
| Clothes Rack | (Wife)IC §11-605(1) | 8.00 | 8.00 |
| Misc. Books | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Doll | (Husb)IC §11-605(1) | 10.00 | 10.00 |
| Wedding Ring | (Wife)IC §11-605(2) | 200.00 | 200.00 |
| Mens Clothing | (Husb)IC §11-605(1) | 100.00 | 100.00 |
| Womens Clothing | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Childrens Clothing | (Wife)IC §11-605(1) | 200.00 | 200.00 |
| Wedding Band | (Husb)IC §11-605(2) | 100.00 | 100.00 |
| Watches (2) | (Husb)IC §11-605(2) | 20.00 | 20.00 |
| Fur Coat (Rabbit) | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Jewlery Cabinet | (Wife)IC §11-605(1) | 10.00 | 10.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6C (Official Form 6C) (04/10) -- Cont.

In re   <u>Mark J. Murdock & Michelle H. Murdock</u>     Case No. <u>                   </u>
**Debtor**                                 **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Pearl Necklaces | (Wife)IC §11-605(2) | 40.00 | 40.00 |
| Camcorder | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| 35mm Camera | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Digital Camera | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Piano | (Wife)IC §11-605(1) | 300.00 | 300.00 |
| Violin | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Trumpet | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Sewing Machine | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Treadmill | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Bedding/Linens | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Towels | (Wife)IC §11-605(1) | 20.00 | 20.00 |
| Suitcases (5) | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Holiday Decor | (Wife)IC §11-605(1) | 20.00 | 20.00 |
| Cell Phones (4) | (Husb)IC §11-605(1) | 200.00 | 200.00 |
| Satellite Dish | (Husb)IC §11-605(1) | 30.00 | 30.00 |
| Space Heater | (Husb)IC §11-605(1) | 5.00 | 5.00 |
| Fans (2) | (Wife)IC §11-605(1) | 10.00 | 10.00 |
| Inflatable Mattresses (3) | (Wife)IC §11-605(1) | 30.00 | 30.00 |
| Sleeping Bags (6) | (Wife)IC §11-605(1) | 60.00 | 60.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6C (Official Form 6C) (04/10) -- Cont.

In re   <u>Mark J. Murdock & Michelle H. Murdock</u>      Case No. <u>                  </u>
            **Debtor**                                                               **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Tent | (Husb)IC §11-605(1) | 20.00 | 20.00 |
| Folding Chairs (15) | (Husb)IC §11-605(1) | 6.00 | 6.00 |
| Fishing Pole | (Husb)IC §11-605(1) | 10.00 | 10.00 |
| Tackle Box | (Wife)IC §11-605(1) | 5.00 | 5.00 |
| Golf Clubs | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Roller Blades | (Wife)IC §11-605(1) | 15.00 | 15.00 |
| Pool Table | (Wife)IC §11-605(1) | 100.00 | 100.00 |
| Swing Set | (Wife)IC §11-605(1) | 60.00 | 60.00 |
| Basketball Stand | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Cat Kennels (2) | (Husb)IC §11-605(1) | 20.00 | 20.00 |
| Riding Mowers (2) | | 200.00 | 200.00 |
| Outdoor Table & Chairs | (Wife)IC §11-605(1) | 150.00 | 150.00 |
| Barbeque Grill | (Wife)IC §11-605(1) | 60.00 | 60.00 |
| Weed Eater | (Wife)IC §11-605(1) | 15.00 | 15.00 |
| Pool | (Husb)IC §11-605(1) | 50.00 | 50.00 |
| Wheelbarrows (4) | | 80.00 | 80.00 |
| Chainsaw | | 30.00 | 30.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6C (Official Form 6C) (04/10) -- Cont.

In re   Mark J. Murdock & Michelle H. Murdock                          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Generator | | 40.00 | 40.00 |
| Propane Tanks (4) | (Wife)IC §11-605(1) | 40.00 | 40.00 |
| Work Bench | (Wife)IC §11-605(1) | 50.00 | 50.00 |
| Air Pump | (Wife)IC §11-605(1) | 25.00 | 25.00 |
| Table Saw | (Wife)IC §11-605(1) | 30.00 | 30.00 |
| Compressor | (Husb)IC §11-605(1) | 40.00 | 40.00 |
| Sander | (Husb)IC §11-605(1) | 10.00 | 10.00 |
| Camper Shells (2) | (Husb)IC §11-605(1) | 60.00 | 60.00 |
| Persi Account | (Husb)IC §11-604A(3)(5) | 76,348.15 | 76,348.15 |

**B6D (Official Form 6D) (12/07)**

In re _____Mark J. Murdock & Michelle H. Murdock_____,                    Case No. _____
　　　　　　　　　　　　　　**Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　　Bank of America P.O. Box 5170 Simi Valley, CA 93062--5170 | | J | Incurred: 2001 Security: Single Family Residence　　　　　　　　　　　　　VALUE $　　148,000.00 | | | | 76,487.61 | 76,487.61 This amount based upon existence of Superior Liens |
| ACCOUNT NO.　　　　　　　　　Bank of Idaho 399 N Capital Avenue Idaho Falls, ID 83402 | | J | Incurred: 2005 Security: Land Adjacent to residence　　　　　　　　　　　　VALUE $　　300,000.00 | | | | 258,971.00 | 0.00 |
| ACCOUNT NO.　　　　　　　　　Beehive Federal Credit Union 1087 Erikson Drive Rexburg, ID 83440 | | J | Incurred: 2007 2nd on residence　　　　　　　　　　　　VALUE $　　0.00 | | | | 46,848.62 | 46,848.62 |

　_1_　continuation sheets attached

Subtotal▶
(Total of this page)　　　　　$　382,307.23　　　$　123,336.23

Total▶
(Use only on last page)　　　$　　　　　　　　　$

(Report also on Summary of Schedules)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Mark J. Murdock & Michelle H. Murdock_____,     Case No. _____
             **Debtor**                                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>FSA<br>9173 W Barnes Dr Ste B<br>Boise, ID 83709 | | J | Incurred: 2005<br>Cattle and grain on hand<br><br>VALUE $     0.00 | | | | 72,000.00 | 72,000.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                       Subtotal (s)   $   72,000.00   $   72,000.00
(Total(s) of this page)
                                          Total(s)   $  454,307.23   $  195,336.23
(Use only on last page)

                                       (Report also on    (If applicable, report
                                       Summary of Schedules)   also on Statistical
                                                     Summary of Certain
                                                      Liabilities and Related
                                                      Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6E (Official Form 6E) (04/10)

In re  Mark J. Murdock & Michelle H. Murdock                    ,        Case No._____
_____                                    (if known)
               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re___Mark J. Murdock & Michelle H. Murdock_____,    Case No._____
                          Debtor                                                                  (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___ **continuation sheets attached**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re  Mark J. Murdock & Michelle H. Murdock                ,        Case No. _____
       _____
                        **Debtor**                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Butte County Treasurer<br>248 W. Grand Avenue<br>Arco, ID  83213 | | J | Incurred: 2010 | | | | 700.00 | 491.96 | 208.04 |
| ACCOUNT NO.<br><br>IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | J | Incurred: 2011 | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.   Murdock<br><br>Jefferson County<br>Jefferson County Treasurer<br>210 Courthouse Way<br>Rigby, ID  83442 | | J | Incurred: 2010 | | | | 1,800.00 | 0.00 | 1,800.00 |
| ACCOUNT NO.<br><br>State of Idaho<br>800 Park Blvd., Plaza IV<br>Boise, ID 83712 | | J | Incurred: 2011 | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) ➤ | $  2,500.00 | $ | $ |
| Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $  2,500.00 | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $   491.96 | $  2,008.04 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re ___Mark J. Murdock & Michelle H. Murdock___,                    Case No. _____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

       State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

       If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

       If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

       Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  ☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1208 <br><br> Action Collection Service - Twin <br> P.O. Box 5425 <br> Boise, ID  83705 | | J | | | | | 516.73 |
| ACCOUNT NO. <br><br> Agri-Service Inc. <br> 3204 Kimberly Road <br> Twin Falls, ID 83301-8501 | | J | | | | | Notice Only |
| ACCOUNT NO. <br><br> Beard St. Clair Gaffney Attorneys <br> 2105 Coronado Street <br> Idaho Falls, ID 83404 | | J | Incurred: 2010 | | | | 9,024.72 |
| ACCOUNT NO.  5646 <br><br> Dell Preferred Account <br> Payment Processing Center <br> P.O. Box 6403 <br> Carol Stream, IL  60197-6403 | | J | Incurred: 2007 <br> Computers for college kids | | | | 2,842.14 |

    __4__    continuation sheets attached

Subtotal ➤  $  12,383.59

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Mark J. Murdock & Michelle H. Murdock____,        Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5341<br><br>Grand Teton Surgical Center<br>2290 Coronado Street<br>Idaho Falls, ID  83404 | | J | Incurred: 2010<br>Daughters colonoscopy | | | | 575.64 |
| ACCOUNT NO.<br><br>Gregory L. Crockett<br>P.O. Box 51219<br>Idaho Falls, ID  83405-1219 | | | | | | | Notice Only |
| ACCOUNT NO.  0251<br><br>JC Penney<br>P.O. Box 960090<br>Orlando, FL  32896-0090 | | J | Ongoing | | | | 155.21 |
| ACCOUNT NO.  0410<br><br>Les Schwab<br>210 Constitution Way<br>Idaho Falls, ID  83402 | | J | Tires for farm | | | | 602.26 |
| ACCOUNT NO.  7178<br><br>Madison Memorial Hospital<br>P.O. Box 700<br>Rexburg, ID  83440 | | J | Incurred: 2010<br>Mark & Candy hospital bills | | | | 597.82 |

Sheet no. __1__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 1,930.93

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Mark J. Murdock & Michelle H. Murdock_____,   Case No. _____
_____**Debtor**_____                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Max A. Hansen & Associates, P.C. <br> P.O. Box 1301 <br> Dillon, Montana 59725 | | J | Incurred: 2011 <br> Bulls purchased | | | | 4,744.33 |
| ACCOUNT NO.  Murdock <br><br> Pasley's Grain <br> P.O. Box 99 <br> Ion, ID  93427 | | J | Incurred: 2010 | | | | 3,444.74 |
| ACCOUNT NO.  2616 <br><br> Pathology Associates of Idaho Falls, P.A. <br> 1740 E. 17th St., Ste. D <br> Idaho Falls, ID  83450-5210 | | J | Incurred: 2010 <br> Candy's doctor bill | | | | 478.50 |
| ACCOUNT NO.  4690 <br><br> Pioneer Equipment Co, <br> 95 Airport Rd. <br> Rexburg, ID 83440 | | J | | | | | 2,578.72 |
| ACCOUNT NO.  0028 <br><br> Rocky Mountain Power <br> 1033 NE 6th Ave. <br> Portland, OR  97256-0001 | | J | Incurred: 2011 | | | | 319.15 |

Sheet no. __2__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   11,565.44

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Mark J. Murdock & Michelle H. Murdock_____,    Case No. _____
　　　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Murdock<br><br>Ron's Tire Factory<br>1440 E. 1500 N.<br>Terreton, ID  83450 | | J | Incurred: 2010<br>Ongoing tire bill for farm | | | | 1,979.20 |
| ACCOUNT NO.   R120<br><br>Sage Motorsports<br>1432 E. 1500 N.<br>Terreton, ID  83450 | | J | Chain saw repair | | | | 47.41 |
| ACCOUNT NO.   0831<br><br>SallieMae<br>P.O. Box 9500<br>Wilkes-Barre, PA  18773-9500 | | J | Student loan | | | | 13,682.08 |
| ACCOUNT NO.   8820<br><br>Sinclair Oil Corporation<br>P.O. Box 31286<br>Salt Lake City, UT  84131-0826 | | J | Paid and ongoing personal fuel bill | | | | 370.21 |
| ACCOUNT NO.<br><br>Stockmen's Supply, Inc.<br>P.O. Box 70<br>Terreton, ID  83450 | | J | Incurred: 2007<br>Hay seed on front circle (mom's) | | | | 6,694.51 |

Sheet no. __3__ of __4__ continuation sheets attached　　　　　　　　　　　Subtotal ➤　$　22,773.41
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　　　　　Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark J. Murdock & Michelle H. Murdock_____,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2801<br><br>Upper Valley Orthopedics, PLLC<br>360 E. Main<br>Rexburg, ID  83440 | | J | Incurred: 2010<br>Mark's doctor bill for knee | | | | 449.31 |
| ACCOUNT NO.  5711<br><br>Valley Agronomics, LLC<br>520 East Moody Hwy<br>Rexburg, ID  83440 | | J | Fertilizer - 2010 farm year | | | | 4,365.83 |
| ACCOUNT NO.<br><br>W. J. Vet Service, P.A.<br>P.O. Box 55<br>Terreton, ID  83450 | | J | Ongoing veterinary bill - 2010 cattle work | | | | 4,645.52 |
| ACCOUNT NO.  5113<br><br>Zions Bank Visa<br>Bankcard Center<br>P.O. Box 26424<br>Salt Lake City, UT  84126-0424 | | J | Consideration: Credit card debt<br>Fuel; parts | | | | 4,820.39 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 14,281.05

Total ▶ | $ | 62,934.42

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re <u>Mark J. Murdock & Michelle H. Murdock</u>,    Case No. _____
                         **Debtor**                                   **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ramon Ponce<br>P.O. Box 61<br>Monteview, ID 83435 | WBW Allotment<br>Monteview, Idaho |
| Abrahm Roundy | WBW Allotment<br>Monteview, Idaho |
| Judd Whitworth<br>2298 HC 62<br>May, ID 83253 | Challis, Idaho |
| Modello | 4500 Bushels @ 12.22 a hundred weight |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re <u>Mark J. Murdock & Michelle H. Murdock</u>      Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6I (Official Form 6I) (12/07)**

In re  Mark J. Murdock & Michelle H. Murdock
_____      Case  _____
Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter, daughter, daughter | AGE(S): 23, 21, 16, 12 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Teacher/Farmer | Secretary |
| Name of Employer | Idaho Falls School District 91 | Twin Lakes Group, Inc. |
| How long employed | 18 years | |
| Address of Employer | John Adams Parkway | |
| | Idaho Falls, ID  83401 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 4,184.00 | $ 500.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 4,184.00 | $ 500.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 252.13 | $ 38.25 |
| | b. Insurance | $ 888.20 | $ 0.00 |
| | c. Union Dues | $ 65.70 | $ 0.00 |
| | d. Other (Specify: (D)PERSI                    ) | $ 260.66 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,466.69 | $ 38.25 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,717.31 | $ 461.75 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 300.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 300.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 3,017.31 | $ 461.75 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 3,479.06 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None
    _____
    _____
    _____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

In re  Mark J. Murdock & Michelle H. Murdock                                    Case No. _____
_____                                              (if known)
**Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 854.50 |
| a. Are real estate taxes included? | Yes √  No _____ | |
| b. Is property insurance included? | Yes √  No _____ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 260.00 |
| b. Water and sewer | | $ 220.00 |
| c. Telephone | | $ 125.00 |
| d. Other Propane/Dish/Garbage | | |
| 3. Home maintenance (repairs and upkeep) | | $ |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 30.00 |
| 6. Laundry and dry cleaning | | $ |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ |
| 10. Charitable contributions | | $ 320.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 284.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other          Student Loan | | $ 226.96 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 3,520.46 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____None_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $461.75.  See Schedule I) | | $ 3,479.06 |
| b. Average monthly expenses from Line 18 above | | $ 3,520.46 |
| c. Monthly net income (a. minus b.)          (Net includes Debtor/Spouse combined Amounts) | | $ -41.40 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of Idaho

In re    Mark J. Murdock & Michelle H. Murdock

_____
Debtor

Case No. _____

Chapter    12

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 629,250.00 | | |
| B – Personal Property | YES | 14 | $ 331,852.15 | | |
| C – Property Claimed as exempt | YES | 7 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 454,307.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 2,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 62,934.42 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,479.06 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,520.46 |
| TOTAL | | 36 | $ 961,102.15 | $ 519,741.65 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

# United States Bankruptcy Court
### District of Idaho

In re    Mark J. Murdock & Michelle H. Murdock
_____
                    Debtor

Case No. _____

Chapter    12

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | N.A. |
| Student Loan Obligations (from Schedule F) | $ | N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | N.A. |
| TOTAL | $ | N.A. |

**State the Following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | N.A. |
| Average Expenses (from Schedule J, Line 18) | $ | N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | N.A. |

**State the Following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | N.A. |
| 4. Total from Schedule F | | $ | N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | N.A. |

Mark J. Murdock & Michelle H. Murdock

In re _____    Case No. _____
           **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____38_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  May 9, 2011 _____    Signature:  /s/ Mark J. Murdock _____
                                                                                **Debtor**

Date  May 9, 2011 _____    Signature:  /s/ Michelle H. Murdock _____
                                                                          **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any,                         Social Security No.
of Bankruptcy Petition Preparer                                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____            _____
   Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature: _____

                                                                          _____
                                                                          [Print or type name of individual signing on behalf of debtor.]

                *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

### District of Idaho

In Re  Mark J. Murdock & Michelle H. Murdock                    Case No. _____
                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2011(db) | 16700.00 | School District 91 |
| 2010(db) | 47986.00 | |
| 2009(db) | 47421.00 | |
| | | |
| 2011(jdb) | 2800.00 | Twin Lakes |
| 2010(jdb) | | |
| 2009(jdb) | | |

**2.    Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3.  Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of Idaho vs. Mark J. Murdock and Michelle H. Murdock CV-2010-9994 | Sheriff's Sale | Jefferson County | Pending |
| Bank of Idaho vs. Mark J. Murdock et al. CV-2010-994 | Sheriff's Sale Butte County | Jefferson County Rigby, Idaho | Pending |

None

☒

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒    lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒    the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒    year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☐    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| LDS Church | None | Monthly | $320 Tithing |

**8.    Losses**

None     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☐        commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
         chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | Water Damage Insurance Paid $8500 | |

**9.    Payments related to debt counseling or bankruptcy**

None     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐        for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
         bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Aaron J. Tolson Aaron J. Tolson Law Offices 2677 E. 17th Street Suite 300 Ammon, ID. 83406 | April, 2011 Payor: Debtor | 6000.00 |

**10.    Other transfers**

None     a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒        of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
         of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
         whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.   Property held for another person**

None
☒

      List all property owned by another person that the debtor holds or controls.

| NAME AND | DESCRIPTION AND | LOCATION OF PROPERTY |
| ADDRESS OF OWNER | VALUE OF PROPERTY | |

---

None
☒

**15.   Prior address of debtor**

      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

---

None
☒

**16.   Spouses and Former Spouses**

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

              NAME

---

**17.   Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

      a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Twin Lake Group | 20-2044366 | | | |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-759 - 31715-301X-07510 - PDF-XChange 3.0

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None  a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐     bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

Matt

None  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒     have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                     DATES SERVICES RENDERED

None  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒     of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

None  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒     financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                          DATE
                                                         ISSUED

**20.  Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒        taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                     (Specify cost, market or other basis)

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒        reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒        or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE OF
                                                                     STOCK OWNERSHIP

**22.  Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒        preceding the commencement of this case.

NAME                              ADDRESS                    DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒        within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None
☒          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.   Tax Consolidation Group**

None
☒          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.   Pension Funds**

None
☒          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   May 9, 2011                          Signature        /s/ Mark J. Murdock
of Debtor
                                                             MARK J. MURDOCK

Date   May 9, 2011                          Signature        /s/ Michelle H. Murdock
of Joint Debtor
                                                             MICHELLE H. MURDOCK

_0_ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____            _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Action Collection Service - Twin
P.O. Box 5425
Boise, ID  83705

Agri-Service Inc.
3204 Kimberly Road
Twin Falls, ID 83301-8501

Bank of America
P.O. Box 5170
Simi Valley, CA  93062--5170

Bank of Idaho
399 N Capital Avenue
Idaho Falls, ID  83402

Beard St. Clair Gaffney Attorneys
2105 Coronado Street
Idaho Falls, ID  83404

Beehive Federal Credit Union
1087 Erikson Drive
Rexburg, ID  83440

Butte County Treasurer
248 W. Grand Avenue
Arco, ID  83213

Dell Preferred Account
Payment Processing Center
P.O. Box 6403
Carol Stream, IL  60197-6403

FSA
9173 W Barnes Dr Ste B
Boise, ID 83709

Grand Teton Surgical Center
2290 Coronado Street
Idaho Falls, ID  83404

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


JC Penney
P.O. Box 960090
Orlando, FL  32896-0090


Jefferson County
Jefferson County Treasurer
210 Courthouse Way
Rigby, ID  83442


Judd Whitworth
2298 HC 62
May, ID 83253


Les Schwab
210 Constitution Way
Idaho Falls, ID  83402


Madison Memorial Hospital
P.O. Box 700
Rexburg, ID  83440


Max A. Hansen & Associates, P.C.
P.O. Box 1301
Dillon, Montana 59725


Modello


Pasley's Grain
P.O. Box 99
Ion, ID  93427


Pathology Associates of Idaho Falls, P.A.
1740 E. 17th St., Ste. D
Idaho Falls, ID  83450-5210

Pioneer Equipment Co,
95 Airport Rd.
Rexburg, ID 83440

Ramon Ponce
P.O. Box 61
Monteview, ID 83435


Rocky Mountain Power
1033 NE 6th Ave.
Portland, OR  97256-0001


Ron's Tire Factory
1440 E. 1500 N.
Terreton, ID  83450


Sage Motorsports
1432 E. 1500 N.
Terreton, ID  83450


SallieMae
P.O. Box 9500
Wilkes-Barre, PA  18773-9500


Sinclair Oil Corporation
P.O. Box 31286
Salt Lake City, UT  84131-0826


State of Idaho
800 Park Blvd., Plaza IV
Boise, ID 83712


Stockmen's Supply, Inc.
P.O. Box 70
Terreton, ID  83450


Upper Valley Orthopedics, PLLC
360 E. Main
Rexburg, ID  83440


Valley Agronomics, LLC
520 East Moody Hwy
Rexburg, ID  83440

W. J. Vet Service, P.A.
P.O. Box 55
Terreton, ID  83450

Zions Bank Visa
Bankcard Center
P.O. Box 26424
Salt Lake City, UT  84126-0424