FORREST P. HYMAS
Chapter 12 Trustee
803 Canyon Road
Hailey, ID  83333
Telephone:    (208)788-7111
Facsimile:    (208)788-1578
hymas@cox.net

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In RE: ) | Case No.:  11-40775JDP |
| ) | |
| **Mark Murdock** ) | **Chapter 12** |
| **Michelle Murdock** ) | |
| **dba Murdock Farms** ) | |
| **Debtor(s)** ) | |

## Trustee's Objection and Recommendation on First Application for Interim Compensation

**Attorney for Debtor:**        Aaron J. Tolson

**Hearing:**        **First Application for Interim Compensation**

**Location:**        United States Bankruptcy Court
                    801 East Sherman
                    Pocatello, ID

**Date and Time:**        Wednesday, December 14, 2011 at 9:00 AM

Mark Murdock
Michelle Murdock
dba Murdock Farms
Case No.:  11-40775JDP
Trustee's Recommendation on
First Application for Interim Compensation
Page Two

A. **Trustee's Review of Docket**

| Date | Docket No. | Docket Text |
| --- | --- | --- |
| 5/16/11 | 1 | Chapter 12 Petition |
| 5/16/11 | 5 | Disclosure of Compensation (Aaron J. Tolson) |
| 5/16/11 | 7 | Application to Employ (Aaron J. Tolson) |
| 5/27/11 | 16 | Amended Application to Employ Aaron J. Tolson as Attorney |
| 8/30/11 | 39 | Chapter 12 Plan filed |
| 12/2/11 | 55 | Application for Interim Compensation.  Fees $7,417.50 and Expenses $88.42 Total $7,505.92 |
| 12/2/11 | 56 | Hearing on Application for Interim Compensation 12/14/11 at 9:00 AM |

**Note:  The above is a brief overview of docket activity.  Please refer to court records for full detail.**

B. **Trustee's Objection to First Application for Interim Compensation**

    1. The Trustee's objection is based on lack of notice to creditors:
        a) The First Application for Interim Compensation was filed on 12/2/11 (Doc. #55).
        b) The First Application for Interim Compensation is set for hearing on 12/14/11 (Doc. #56).
        c) The noticing requirement for Application for Compensation requires a twenty (20) day notice.  Only twelve (12) days have passed between notice and hearing.  The Trustee has discussed this issue with Aaron J. Tolson, counsel for Debtor.

C. **Trustee's Recommendation on First Application for Interim Compensation**

1. The Trustee will recommend the First Application for Interim Compensation be denied and counsel for Debtor be allowed to re-notice the Application for Interim Compensation.

Dated this 13th day of December, 2011.

                                            /s/_____
                                            **Forrest P. Hymas**
                                            **Chapter 12 Trustee**

# Certificate of Service

I HEREBY CERTIFY that on the 13th day of December 2011, I caused the ***Trustee's Recommendation on First Application for Interim Compensation*** to be filed electronically with the United States Courts CM/ECF System, which caused an electronic copy to be delivered to the following:

/s/    DeEtte Lindberg
Trustee's Assistant


United States Bankruptcy Court
ustp.region18.bs.ecf@usdoj.gov

David W. Newman, United States Trustee
david.w.newman@usdoj.gov

Mary P. Kimmel, United States Trustee
mary.p.kimmel@usdoj.gov

Aaron J. Tolson on behalf of Debtor Mark Murdock
ajt@aaronjtolsonlaw.com

Forrest P. Hymas, Trustee
hymas@cox.net

Gregory L Crockett on behalf of creditor Bank of Idaho
gregcrockett@hopkinsroden.com, tammytheiler@hopkinsroden.com

Mark Murdock, Debtor
mkmichkids@mudlake.net